**Appeal Dismissed and Memorandum Opinion filed January 31, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00542-CV

## AAF AUTO GROUP, INC. D/B/A AMERICA'S AUTO FINANCIAL, Appellant

### V.

## DORIAN HALE, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1171099**

### MEMORANDUM OPINION

This appeal is from a final judgment signed April 25, 2022. On July 26, 2022, the court reporter indicated that there was no reporter's record. The clerk's record was filed October 10, 2022. No brief was filed.

On October 17, 2022, this court issued an order stating that unless appellant filed a brief on or before December 19, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 4.1(a), 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.